LESLY ANGIBEAU *v.* MARY H. ANGIBEAU-LEVINE
(AC 24546)

Lavery, C. J., and DiPentima and McLachlan, Js.

Argued April 22—officially released May 18, 2004

Per Curiam. The judgment is affirmed.

MARLON SYMS *v.* COMMISSIONER OF CORRECTION
(AC 23937)

Dranginis, Flynn and McLachlan, Js.

Submitted on briefs April 26—officially released May 18, 2004

Per Curiam. The judgment is affirmed.

CRISTINA L. CARLUCCI *v.* WALTER KOPP,
EXECUTOR (ESTATE OF GERDA E. KOPP)
(AC 23695)

Dranginis, West and Dupont, Js.

Argued April 19—officially released May 18, 2004

Per Curiam. The judgment is affirmed.